Certificate Number: 17082-MSS-DE-039693623

Bankruptcy Case Number: 25-00475



17082-MSS-DE-039693623

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 22, 2025, at 3:38 o'clock AM MST, MARLANA L BODY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: May 23, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director