United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-00475-JAW
Marlena Body  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3      User: mssbad      Page 1 of 2
Date Rcvd: Jun 06, 2025      Form ID: 318      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marlena Body, 1027 East 5th Street, Forest, MS 39074-3709 |
| cr | + | NEWTON FINANCE LLC, 104 CONGREGATE RD, NEWTON, MS 39345-9776 |
| 5477358 | | America Cash, 4881 US-80, Morton, MS 39117 |
| 5477359 | + | Camp Credit, 3202 Service Dr, Pearl, MS 39208-3527 |
| 5477361 | + | Chime/Stride Bank Na, Po Box 417, San Francisco, CA 94104-0417 |
| 5477363 | + | F C F, 211 Woodgate Dr S, Ste B, Brandon, MS 39042-2757 |
| 5477365 | | Lend Nation, 1500 W Government St B, Brandon, MS 39042 |
| 5477366 | + | Liberty Tax & Loans, 7402 Siwell Rd, Jackson, MS 39272-9386 |
| 5477367 | + | Maudine Body, 1027 East 5th Street, Forest, MS 39074-3709 |
| 5477368 | + | Money Matters, 576 E 3rd St, Fores, Forest, MS 39074-4224 |
| 5477369 | + | Newton Finance, llc., Attn: Bankruptcy, 104 Congregate Rd, Newton, MS 39345-9776 |
| 5477371 | + | Rapid Rental, 326 Woodland Dr N, Forest, MS 39074-3320 |
| 5477374 | + | Walnut Grove, 109 Chadwick Ave, Walnut Grove, MS 39189-6547 |
| 5477375 | + | Weaver Finance, 224 Woodland Drive N, Forest, MS 39074-3308 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5477357 | + | Email/Text: bnc@teampurpose.com | Jun 06 2025 19:25:00 | Advance America, 1303 Hwy 35 South, Ste 1, Forest, MS 39074-5028 |
| 5477360 | | EDI: CAPONEAUTO.COM | Jun 06 2025 23:28:00 | Capital One Auto, PO Box 260848, Plano, TX 75026-0848 |
| 5477361 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jun 06 2025 19:25:00 | Chime/Stride Bank Na, Po Box 417, San Francisco, CA 94104-0417 |
| 5477362 | + | Email/Text: bankruptcy@curo.com | Jun 06 2025 19:25:00 | Covington Credit, Attn: Bankruptcy, Po Box 1947, Greenville, SC 29602-1947 |
| 5477364 | | Email/Text: rrush@familychoicefinancial.com | Jun 06 2025 19:25:00 | Family Choice, 828 N Woodland Dr, Forest, MS 39074 |
| 5477370 | + | Email/Text: bankruptcy@purchasingpower.com | Jun 06 2025 19:25:00 | Purchasing Power, 1375 Peachtree Street, Suite 500, Atlanta, GA 30309-3109 |
| 5477372 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 06 2025 19:25:00 | Sunrise Credit, Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 5477373 | + | Email/Text: lhall@fmcfinance.net | Jun 06 2025 19:25:00 | United Credit, 234-A N Woodland Dr, Forest, MS 39074-3308 |
| 5477376 | + | Email/Text: bk@worldacceptance.com | Jun 06 2025 19:25:10 | World Finance Corp, Attn: Bankruptcy, Po Box 6429, Greenville, SC 29606-6429 |

TOTAL: 9

# BYPASSED RECIPIENTS

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jun 06, 2025 | Form ID: 318 | Total Noticed: 22 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 08, 2025            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Stephen Smith | trustee@hrkcpa.com  MS02@ecfcbis.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Marlena Body trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

| *Information to identify the case:* | | |
|---|---|---|
| Debtor 1 | **Marlena Body** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx−xx−8363** <br> EIN  \_ \_−\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  \_ \_ \_ \_ <br> EIN  \_ \_−\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:  **25−00475−JAW** | | |

## Order of Discharge 

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Marlena Body** 
aka Marlana Lasha Body, aka Marlana Body

Dated: 6/6/25

**By the court:** /s/Jamie A. Wilson 
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**